# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Tawana Morgan

                                         Plaintiff,

v.                                                                  Case No.: 1:24–cv–01100

                                                                             Honorable Robert W. Gettleman

Tropicana Manufacturing Company, Inc.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 16, 2025:

       MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing held on 1/16/2025. For the reasons stated on the record, Joint motion to extend litigation stay to 4/15/2025 [41] is granted. BET Information Systems Inc. d/b/a Survey.com#039;s motion to intervene [22] is withdrawn by agreement without prejudice with leave to reinstate if the parties do not settle. Telephonic hearing set for 4/15/2025 at 9:15 a.m. on the Webex platform. Parties will not be asked to start their video. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.